**Order entered February 25, 2021**



## In The
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-01143-CR

### APRIL MICHELLE FLOYD, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court at Law**
**Rockwall County, Texas**
**Trial Court Cause No. CR18-0971**

### ORDER

We **REINSTATE** this appeal.

We abated for a hearing on the appointment of counsel. On February 23, 2021, a supplemental clerk's record was filed containing the appointment of counsel. We **DIRECT** the Clerk to list Ted Sansom as appointed counsel for appellant. All future correspondence shall be sent to Mr. Sansom at the address on file with the Court.

Appellant's brief is **DUE** on March 26, 2021.

/s/    LANA MYERS
        JUSTICE